

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2018

No. 04-18-00095-CV

**IN THE INTEREST OF S.Z., A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02482
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to April 9, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court